Opinion filed June 14, 2018



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00030-CV
_____

**RICKY LANCE MILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE NANNIE LOU MILLER FAMILY TRUST, ET AL., Appellants**

**V.**

**PATRICIA MILLER LAUGHLIN, INDIVIDUALLY AND AS TRUSTEE FOR THE NANNIE LOU MILLER FAMILY TRUST, AND TONYA MILLER, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF GARY BRUCE MILLER, DECEASED, Appellees**

**On Appeal from the 39th District Court**
**Haskell County, Texas**
**Trial Court Cause No. 11,977-A**

## M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to dismiss this appeal. According to the motion, "the parties have resolved their differences and have reached a full and final settlement of all claims and controversies." Appellants request that this

appeal be dismissed with prejudice per the settlement agreement—a copy of which was attached to the motion to dismiss. In accordance with Appellants' request, we dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

The motion to dismiss is granted, and the appeal is dismissed.


PER CURIAM


June 14, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.